UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YUEH-LAN WANG, *by and through her attorney-in-fact*, Winston Wen-Young Wong,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SUSAN RUEY-HWA WANG, PAO CHU LEE, VANESSA RUEY-JI WONG, JOHN DOES 1 THROUGH 10 AND ABC CORPORATIONS 1 THROUGH 10;<br><br>　　　　Defendants. | Case No. 2:10-cv-05302-JLL-CCC<br><br><br>DECLARATION OF SERVICE |

　　I, ALFRED BALDINO, pursuant to 28 U.S.C. § 1746, hereby declare and affirm under the penalties of perjury and based on my personal knowledge as follows:

　　1.　On Wednesday, February 9, 2011 at approximately 3:00 p.m., I delivered a copy of the summons and complaint in the above-captioned action to a person of suitable age and discretion residing at 41 Aspen Drive in Livingston, New Jersey, which is the address for the listed dwelling house of Susan Ruey-Hwa Wang ("Susan").

　　2.　The person of suitable age and discretion identified herself as Belan Marcello. Belan Marcelo said she resides therein with her husband Roleo Marcelo. Belan Marcelo said Susan resides therein when not visiting Taiwan.

　　3.　Belan Marcelo agreed to accept service on behalf of Susan. Belan Marcelo said she has a telephone number for Susan and would contact Susan and advise her of the service.

4. On February 10, 2011, I caused a copy of the summons and complaint to be sent via regular mail to Susan Ruey-Hwa Wang at 41 Aspen Drive in Livingston, New Jersey.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23 day of February, 2011.

*Alfred Baldino*

2